IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERGIO VEGA SOTO, on his own )
behalf and on behalf of all )
other similarly situated, )
                                                          )
      Plaintiff                          )  Civil Action
                                                        )  No. 08-cv-1907
     vs.                                     )
                                                        )
BANK OF LANCASTER )
COUNTY, also known as )
BLC Bank, N.A., )
                                                         )
      Defendant                           )

O R D E R

NOW, this 22nd day of March, 2011, upon consideration of the following documents:

    (1) Motion for Reconsideration, which motion was filed by plaintiff on April 13, 2010 (Document 39);

    (2) Brief of Defendant Bank of Lancaster County in Opposition to Plaintiff's Motion for Reconsideration of the Court's March 30, 2010 Order Dismissing the Case, which memorandum was filed April 27, 2010 (Document 40); and

    (3) Reply Brief in Further Support of Plaintiff's Motion for Reconsideration, which reply brief was filed by plaintiff on May 4, 2010 (Document 41);

upon consideration of the pleadings, exhibits, record papers, and the briefs of the parties; and for the reasons articulated in the accompanying Opinion,

    IT IS ORDERED that plaintiff's Motion for Reconsideration is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall continue to mark this case closed for statistical purposes.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge